# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Robert Williamson, III and Vicki's Vodka LLC,<br><br>   Plaintiffs<br><br>v.<br><br>Victoria L. Gunvalson, et al.,<br><br>   Defendant<br><br>AND RELATED CLAIMS | Base Case No.:<br>2:13-cv-01019-JAD-EJY<br><br>Member Case No.:<br>2:13-cv-02022-JAD-GWF<br><br>**Order to Show Cause by noon on 6/9/21 Why Default and Dismissal Should Not Be Issued** |

The bench trial of this aged case is scheduled to begin on June 15, 2021. At today's scheduled calendar-call hearing, only the court and plaintiffs' counsel Mark Wesbrooks, Esq. appeared. Mr. Wesbrooks told the court that he had not heard from counsel for the defendants, Michael Mazur, Esq. Indeed, Mr. Mazur, though he remains counsel of record for Victoria L. Gunvalson and Cougar Juice Vodka, LLC, and who entered a verbal appearance on behalf of Michael Nicholson on October 2, 2020, did not submit a proposed pretrial order, and did not file any of the pretrial documents (witness list, exhibit list, etc.) that were due at the time of today's calendar call. It thus appears that Victoria L. Gunvalson; Cougar Juice Vodka, LLC; Michael Nicholson; and Woo Hoo Productions, LLC are no longer participating in this case.

IT IS THEREFORE ORDERED that all remaining defendants in this case, including Victoria L. Gunvalson; Cougar Juice Vodka, LLC; Michael Nicholson; and Woo Hoo Productions, LLC have until **noon on Wednesday, June 9, 2021, to show cause in writing why (1) default should not be entered on all affirmative claims against them for failure to**

defend in this action and (2) any and all of their remaining claims should not be dismissed for failure to prosecute.

If Victoria L. Gunvalson; Cougar Juice Vodka, LLC; Michael Nicholson; and Woo Hoo Productions, LLC, do not show such cause by noon on Wednesday, June 9, 2021, and demonstrate that they are ready and able to try this case as scheduled beginning on June 15, 2021, then (1) default will be entered against them on any claims by the plaintiffs Robert Williamson, III, and Vicki's Vodka, LLC, and (2) all of their affirmative claims will be dismissed.

_____
U.S. District Judge Jennifer A. Dorsey
June 7, 2021